IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of<br><br>WILKINS, NICKOLAS EDWARD<br>WILKINS, MELISSA ANN,<br><br>            Debtors. | Case No. 09-33583<br>Chapter 7 |

## NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

| | |
|---|---|
| Duke Energy Shared Services, Inc.<br>EF 367 – PO Box 960<br>Cincinnati, OH 45273-9598 | $16.69 |
| Duke Energy Shared Services, Inc.<br>EF 367 – PO Box 960<br>Cincinnati, OH 45273-9598 | $4.97 |

Dated: August 17, 2011

Respectfully submitted,

/s/Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
600 KeyBank Building
202 South Michigan Street
Post Office Box 4577
South Bend, Indiana 46634
Telephone:  (574) 233-1194
Facsimile:  (574) 233-8957
Email:      jshtrustee@jonesobenchain.com

2

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August 2011, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

| | |
|---|---|
| Tyler S. Haines<br>ecf@tylerhaines.com | United States Trustee<br>ustpregion10.so.ecf@usdoj.gov |
| Nickolas Edward Wilkins<br>Melissa Ann Wilkins<br>6486 W. Old Road 30<br>Warsaw, IN 46580 | |

                                          /s/ Jacqueline Sells Homann
                                          Jacqueline Sells Homann